UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 24 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:22-00334 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| DANTHONY BROWN | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about November 9, 2021, in the Middle District of Tennessee, **DANTHONY BROWN**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger Model 57 5.7 x 28 caliber pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

JOSEPH P. MONTMINY
ASSISTANT UNITED STATES ATTORNEY